# United States District Court

WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA

v.

WILLIAM EMORY McDOWELL

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5849RBL/CR04-5193RBL

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

McDowell's Motion pursuant to 28 U.S.C. § 2255 is **DENIED**. McDowell's Motion for Appointment of Counsel is also **DENIED**.

| August 8, 2011 | William M. McCool |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk