HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | CASE NO. C10-5849RBL |
|---|---|
| Plaintiff, | CR04-5193RBL |
| v. | ORDER |
| WILLIAM EMORY McDOWELL, | |
| Defendant. | |

THIS MATTER comes on before the above-entitled court upon Defendant's Notice of Appeal [Dkt. #13]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

For the reasons stated in this Court's Order [Dkt. #11], the Court declines to issue a certificate of appealability because the defendant has failed to make "a substantial showing of a denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 24th day of October, 2011.

*Ronald B. Leighton* (signature)

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER- 2