HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM EMORY McDOWELL,<br><br>Defendant. | CASE NO. C10-5849RBL<br><br>CR04-5193RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled court upon Defendant's Notice of Appeal [Dkt. #13]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

For the reasons stated in this Court's Order [Dkt. #11], the Court declines to issue a certificate of appealability because the defendant has failed to make "a substantial showing of a denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

1 The Clerk shall send uncertified copies of this order to all counsel of record, and to any
2 party appearing pro se.
3 Dated this 24th day of October, 2011.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE